Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604
T (914) 946-2400
F (914) 946-9474
benowichlaw.com

# Benowich

March 25, 2008

*[Handwritten: Application granted / So Ordered / March 26, 2008 / Charles L. Brieant / USDJ]*

By Fax

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:　Thomas DeChiaro v. D&S Consulting, et al.
　　　08 Civ. 1199 (CLB)

Dear Judge Brieant:

This firm is counsel to Plaintiff.

I write, with the consent of defendants' counsel, to adjourn the hearing on defendants' motion to dismiss and/or compel arbitration, which is currently set for Friday, March 28, 2008. The parties have reached an agreement in principle to settle the entire action. Accordingly, Your Honor's Chambers have adjourned the motion from March 28 to April 11, 2008 at 10:00 a.m.

Counsel will be preparing a settlement agreement as expeditiously as possible and we will inform Your Honor's Chambers and file a stipulation of discontinuance as soon as possible.

Respectfully submitted,

Leonard Benowich

LB/gpb

cc:　Robert Selvers, Esq.
　　　Thomas DeChiaro