UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

THOMAS DECHIARO,    08 Civ. 1199 (CLB)

    Plaintiff,    STIPULATION OF DISCONTINUANCE & order

 -against-

D&S CONSULTING, INC. and
STEVEN DECHIARO,

    Defendants.

------------------------------------------------------x

 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties hereto that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs.

Dated: April 7, 2008

WILENTZ GOLDMAN & SPITZER, PA    BENOWICH LAW, LLP

By: _____    By: _____
Robert Selvers (RS9874)    Leonard Benowich (LB6129)
90 Woodbridge Center Drive    1025 Westchester Avenue
Woodbridge, NJ 07095    White Plains, New York 10604
(732) 726-7477    (914) 946-2400
Attorneys for Defendants    Attorneys for Plaintiff

So Ordered: April 8, 2008

_____
    U.S.D.J.